PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.                                                                    Crim. No. 11CR04111-001-L

Rosana Dominguez

On **March 19, 2012**, the above-named was placed on **supervised release** for a period of **five** years. The offender is deemed a low risk of recidivism, has complied with the rules and conditions of supervised release and is no longer in need of supervision. Accordingly, it is recommended that the offender be discharged from supervised release.

Respectfully submitted,

Lori A. Faubel
Supervising U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___30th___ day of __May__, 20_17_____.

The Honorable M. James Lorenz
Senior U.S. District Judge